# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

JEAN BERRY,

        Plaintiff-Appellant,

v

IN YOUR GOLDEN YEARS, LLC,

        Defendant-Appellee.

UNPUBLISHED
December 29, 2015

No.  323188
Bay Circuit Court
LC No.  13-003399-NZ

Before:  SHAPIRO, P.J., and O'CONNELL and WILDER, JJ.

WILDER, J. *(concurring).*

        I concur in the result only.

        /s/ Kurtis T. Wilder